227 So.2d 148

**William P. RYAN**

v.

**STATE of Louisiana et al.**

No. 50184.

Oct. 23, 1969.

In re: William P. Ryan applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.